**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

    Plaintiffs

vs.

GEOFF WILSON d/b/a NORTHEAST WETLAND RESTORATION CO.,

    Defendant

C.A. No. 04-10527 MLW

## MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT UPON DEFENDANT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until September 1, 2004 in which to serve Plaintiffs' Complaint in the above-captioned matter upon the Defendant, Geoff Wilson d/b/a Northeast Wetland Restoration Co. As grounds therefore, Plaintiffs refer to the supporting affidavit of their attorney Anne R. Sills, attached hereto as Exhibit A.

WHEREFORE, Plaintiffs seek an extension of time until September 1, 2004 in which to serve their Complaint in the above-captioned matter upon the Defendant.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: July 14, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Extension of Time to Serve Complaint Upon Defendant has been served by certified and first class mail upon Geoff Wilson d/b/a Northeast Wetland Restoration Co. at his last-known address, 17 Fox Ridge Road, Berwick, ME 03901 this 14th day of July, 2004.

Gregory A. Geiman, Esquire

ARS/gag&ts
6306 02-461/motextim-complt.doc