UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

vs.

GEOFF WILSON d/b/a NORTHEAST WETLAND RESTORATION CO.,
    Defendant

C.A. No. 04-10527 MLW

## MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT UPON DEFENDANT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until September 15, 2004 in which to serve Plaintiffs' Complaint in the above-captioned matter upon the Defendant, Geoff Wilson d/b/a Northeast Wetland Restoration Co. As grounds therefore, Plaintiffs state as follows:

1.    Although the Complaint in this matter was filed with this honorable Court on March 15, 2004, Plaintiffs have been diligently seeking to locate Defendant's current residence since that time.

2. Plaintiffs believe they may have located Defendant's current residence in Lake Worth, Florida, and are currently working with a local process server to effect service of the Complaint and Summons upon the Defendant.

3. Thus, Plaintiffs request a short extension of time to ensure that service is properly made and that the Return of Service can be submitted to this honorable Court within the permitted timeframe.

WHEREFORE, Plaintiffs seek an extension of time until September 15, 2004 in which to serve their Complaint in the above-captioned matter upon the Defendant.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Anne C. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: August 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Extension of Time to Serve Complaint Upon Defendant has been served by certified and first class mail upon Geoff Wilson d/b/a Northeast Wetland Restoration Co. at his last-known address, 17 Fox Ridge Road, Berwick, ME 03901 this 30th day of August, 2004.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

ARS/gag&ts
6306 02-461/motextim-compltl.doc

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

Plaintiffs

V.

Geoff Wilson d/b/a Northeast Wetland Restoration Co.,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10527 MLW

TO: (Name and address of defendant)

Geoff Wilson
d/b/a Northeast Wetland Restoration Co.
17 Fox Ridge Road
Berwick, ME  03901-2450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  MAR 1 8 2004

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 23, 2004 |
| NAME OF SERVER (PRINT)<br>NANCE MONAGHAN | TITLE<br>A/M Investigations |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: I attempted to serve Geoff Wilson on 3/23/04 @ 8:00 AM at 17 Fox Ridge Drive, Berwich, Maine. A retired woman named Susan Shaw responded to my knock and told me she purchased the property in August 2003, and that one of the former occupants was named Wilson and she was told they moved to Florida. I checked with Town Accessor of Berwich, Susan Shaw is current owner of 17 Fox Ridge Drive.

☐ Other (specify): 

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 23, 2004
Date

Signature of Server: Nance Monaghan

Address of Server: 25 Congress St
Portland Maine 04101

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.