UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>GEOFF WILSON d/b/a NORTHEAST WETLAND RESTORATION CO.,<br>          Defendant | C.A. No. 04-10527 MLW |

## NOTICE OF DISMISSAL

Now come the plaintiffs, Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al., pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that plaintiffs' claim against defendant Geoff Wilson d/b/a Northeast Wetland Restoration Co. is dismissed without prejudice.

Respectfully submitted,

PAUL F. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

By their attorneys,

*/s/ Gregory A. Geiman*
Anne R. Sills, Esquire
BBO #546576

Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: September 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Dismissal has been served by certified and first class mail upon Geoff Wilson d/b/a Northeast Wetland Restoration Co. at his last-known address, 17 Fox Ridge Road, Berwick, ME 03901 this 15th day of September, 2004.

*/s/ Gregory A. Geiman*
Gregory A. Geiman, Esquire

ARS/gag&ts
6306 02-461/notofdis.doc